No. 64. YOUNG HIN, WONG TAI, WONG WAH, CHU LUM CHEE, CHU KOW, YOUNG LIN, YOUNG CHONG, LAM TAI, CHU KING, SAM SUN, LEE WO, CHAN WING, AH SUN, CHAN SING, LUNG YEE, CHAN HANG, HIN YORK, LEE CHIN, SEE SING, SEE CHONG, CHAI LEP SING AND CHU CHEE, PLAINTIFFS IN ERROR, *v.* H. HACKFELD AND COMPANY, LIMITED, A HAWAIIAN CORPORATION AND HONOKAA SUGAR COMPANY, LIMITED, A HAWAIIAN CORPORATION, DEFENDANTS IN ERROR. Writ of error to the district magistrate of Honokaa, island of Hawaii. Submitted January 3, 1905. Decided January 28, 1905. Per curiam: The writ of error is dismissed, following decision this day made in another case between the same parties. *Lyle A. Dickey* for plaintiffs in error. *C. Brown, F. E. Thompson* and *C. F. Clemons* for defendants in error.